NO. 07-02-0366-CV



IN THE COURT OF APPEALS



FOR THE SEVENTH DISTRICT OF TEXAS



AT AMARILLO



PANEL A



APRIL 24, 2003



______________________________




RONALD HETTLER, ROBIN HETTLER, AND 


CORNWALL PERSONAL INSURANCE AGENCY, INC., APPELLANTS



V.



DAVID BRENHOLTZ, APPELLEE


 


_________________________________



FROM THE 364TH DISTRICT COURT OF LUBBOCK COUNTY;



NO. 97-558,843; HONORABLE BRADLEY UNDERWOOD, JUDGE



_______________________________




Before JOHNSON, C.J., and REAVIS and CAMPBELL, JJ.


ON APPELLANTS' MOTION TO FILE BRIEF OUT OF TIME


 Following reinstatement of the appeal, appellants' brief was due March 5, 2003. 
By order of March 25, 2003, appellants' deadline for filing the brief was extended until
March 25, 2003, and further extended by the Court until April 11, 2003. On April 21, 2003,
appellants presented their Motion to File Brief Out of Time, the brief, and two volumes
designated as Appendix to Brief, and one additional smaller volume entitled Supplemental
Appendix to Brief. Appellee has filed a response in opposition to appellants' motion. 
Appellants' motion is granted subject, however, to further orders regarding the
presentation of the two volumes designated Appendix to Brief, Volumes 1 and 2 which
appear to contain over 500 pages each. The relief requested by appellee is denied;
however, sua sponte, appellee's deadline to file his brief is extended until May 28, 2003.

 It is so ordered.

 Per Curiam